Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

2010 NOV 10 PM 1:52

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 08-27121 |
| --- | --- |
| BRANDIE J. CURTIS | Chapter 7 |
| Debtor(s). | Judge: JUDITH A. BOULDEN |

GG
OK

## DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_____ B   The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
| --- | --- | --- |
| 7 | Frontier Recovery Svc.<br>PO Box 1358<br>Roosevelt, UT 84066 | 20.85 |



A check in the amount of $20.85 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 30th day of October, 2010.

_____
PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 30th day of October, 2010:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ROBERT A. EDER JR.
5667 S. REDWOOD RD, SUITE 8
Salt Lake City, UT 84123

_____